**RICHARD A. HARRIS, ESQ.**
Nevada State Bar No. 505
**JOSHUA HARRIS, ESQ.**
Nevada State Bar No. 9580
RICHARD HARRIS LAW FIRM
801 S FOURTH ST.
LAS VEGAS NV 89101
Ph: (702) 444-4392
Fax: (702) 444-4455
Email: josh@richardharrislaw.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

**JENAIL H. NEWTON**,

    Plaintiff,

vs.

**COMMISSIONER of Social Security**

    Defendant.

Case No. 2:18-cv-00971- GMN-GWF

THIRD STIPULATION AND [~~PROPOSED~~] ORDER FOR EXTENSION OF TIME TO FILE MOTION FOR REMAND

Comes now Plaintiff, by and through her attorney, JOSHUA HARRIS, ESQ., and requests a THIRTY (30) calendar day extension of time, to file the **MOTION FOR REMAND,** up to and including December 19, 2018.

Plaintiff's current deadline to file the **MOTION FOR REMAND** is November 19, 2018.

The Appellate Attorney Writer had multiple briefs due this week, it is a 3 day work week and the Attorney Writer was ill with debilitating migraines over the past weekend.

Via email on November 19, 2018 at 10:42 am, opposing counsel expressed no objection to the extension.

It is therefore respectfully requested that Plaintiff be granted a THIRTY (30) calendar day extension of time to file the **MOTION FOR REMAND** up to and including December 19, 2018.

DATED this 19th day of November 2018.

/s/ *Joshua Harris*
**JOSHUA HARRIS, ESQ.**
Nevada State Bar No. 9580
Richard Harris Law Firm
801 S Fourth St.
Las Vegas NV 89101
Ph: (702) 444-4392
Fax: (702) 444-4455
Email: josh@richardharrislaw.com
Attorney for Plaintiff

DATED this 19th day of November 2018.

/s/ *Tina Naicker*
DAYLE ELIESON
United States Attorney
District of Nevada
**TINA NAICKER**, CSBN 252766
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (415) 268-5611
Facsimile: (415) 744-0134
E-Mail: Tina.Naicker@SSA.gov

IT IS SO ORDERED.

_____
United States Magistrate Judge

DATED: 11-20-2018