NICHOLAS A. TRUTANICH, NSBN 13644
United States Attorney
District of Nevada
TINA NAICKER, CSBN 252766
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (415) 268-5611
Facsimile: (415) 744-0134
E-Mail: Tina.Naicker@SSA.gov

Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JENAIL H. NEWTON, | ) |
| Plaintiff, | ) Case No. 2:18-cv-00971-GMN-GWF |
| v. | ) **JOINT STIPULATION AND [PROPOSED]** |
| NANCY A. BERRYHILL, | ) **ORDER FOR EXTENSION OF TIME TO** |
| Acting Commissioner of Social Security, | ) **RESPOND TO PLAINTIFF'S MOTION FOR** |
| Defendant. | ) **REVERSAL/REMAND.** |
| | ) **(Second Request)** |

IT IS HEREBY STIPULATED, by the parties, through their respective counsel of record, that the time for Defendant to file her response to Plaintiff's Motion for Reversal/Remand be extended from March 1, 2019 to **April 1, 2019**. This is Defendant's second request for extension. Good cause exists to grant Defendant's request for extension. Counsel for Defendant was recently out of the office on bereavement leave for funeral and prayer services following the death of her aunt. Counsel for Defendant also has over 80+ active matters that require two or more dispositive motions per week until mid-March. For example, Counsel has over 22 dispositive motions due in March. Due to unexpected leave and heavy workload, Counsel for Defendant respectfully requests additional time to

respond to the issues raised in Plaintiff's Motion.  Defendant apologizes for the belated request for extension, but had personal family emergency and sought and filed an extension of time as soon as reasonably practicable.  The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: March 1, 2019         /s/ *Joshua Harris*
                             (*as authorized by email on February 28, 2019)
                             JOSHUA HARRIS
                             Attorney for Plaintiff


Dated:  March 1, 2019        NICHOLAS A. TRUTANICH
                             United States Attorney
                             DEBORAH LEE STACHEL
                             Regional Chief Counsel, Region IX
                             Social Security Administration

                    By       /s/ *Tina L. Naicker*
                             TINA L. NAICKER
                             Special Assistant U.S. Attorney
                             Attorneys for Defendant

**ORDER**

APPROVED AND SO ORDERED:

DATED: March 4, 2019
                             THE HONORABLE GEORGE W. FOLEY, JR.
                             UNITED STATES MAGISTRATE JUDGE