1  NICHOLAS A. TRUTANICH, NSBN 13644
   United States Attorney
2  District of Nevada
   TINA NAICKER, CSBN 252766
3  Special Assistant United States Attorney
   160 Spear Street, Suite 800
4  San Francisco, California 94105
   Telephone: (415) 268-5611
5  Facsimile: (415) 744-0134
   E-Mail: Tina.Naicker@SSA.gov

   Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JENAIL H. NEWTON, | ) |
|  | ) Case No. 2:18-cv-00971-GMN-GWF |
| Plaintiff, | ) |
|  | ) |
| v. | ) **JOINT STIPULATION AND [PROPOSED]** |
|  | ) **ORDER FOR EXTENSION OF TIME TO** |
| NANCY A. BERRYHILL, | ) **RESPOND TO PLAINTIFF'S MOTION FOR** |
| Acting Commissioner of Social Security, | ) **REVERSAL/REMAND.** |
|  | ) |
| Defendant. | ) **(Third Request)** |

IT IS HEREBY STIPULATED, by the parties, through their respective counsel of record, that the time for Defendant to file her response to Plaintiff's Motion for Reversal/Remand be extended from April 1, 2019 to **May 1, 2019**. This is Defendant's third request for extension. Good cause exists to grant Defendant's request for extension. Counsel for Defendant (Counsel) was out of the office for 2 ½ weeks with the flu/pneumonia. Counsel was also subsequently out due to her ongoing chronic migraines. Counsel also has over 80+ active social security matters, which require two or more dispositive motions per week until mid-May. Due to unexpected leave and heavy workload, Counsel for Defendant respectfully requests additional time to respond to the issues raised in

- 1 -

Plaintiff's Motion. Defendant apologizes for the belated request for extension, but had personal family emergency and sought and filed an extension of time as soon as reasonably practicable. The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: April 1, 2019

/s/ *Joshua Harris*
(*as authorized by email on April 1, 2019)
JOSHUA HARRIS
Attorney for Plaintiff

Dated: April 1, 2019

NICHOLAS A. TRUTANICH
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By  /s/ *Tina L. Naicker*
TINA L. NAICKER
Special Assistant U.S. Attorney
Attorneys for Defendant

**ORDER**

APPROVED AND SO ORDERED:

DATED: April 2, 2019

_____
THE HONORABLE GEORGE W. FOLEY, JR.
UNITED STATES MAGISTRATE JUDGE