**RICHARD A. HARRIS, ESQ.**
Nevada State Bar No. 505
**JOSHUA R. HARRIS, ESQ.**
Nevada State Bar No. 9580
RICHARD HARRIS LAW FIRM
801 S FOURTH ST.
LAS VEGAS  NV  89101
Ph:  (702) 444-4392
Fax: (702) 444-4455
Email: josh@richardharrislaw.com
**Attorney for Plaintiff**

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| JENAIL H. NEWTON,<br><br>Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION,<br><br>Defendant. | Case No  2:18-cv-00971-GMN-GWF<br><br>FIRST STIPULATION FOR EXTENSION OF TIME TO FILE REPLY TO RESPONSE TO MOTION FOR REMAND |

　　　Comes now Plaintiff, by and through her attorney, JOSHUA R. HARRIS, ESQ., and requests a THIRTY  (30) calendar day extension of time, to file the **REPLY TO RESPONSE TO MOTION TO FOR REMAND,** up to and including June 20, 2019.

　　　Plaintiff's current deadline to file the **MOTION FOR REMAND** is May 21, 2019.

　　　The Appellate Attorney Writer has had acute incapacitating migraines preventing the completion of the Reply.

　　　Via email on May 21, 2019, opposing counsel expressed no objection to the extension.

It is therefore respectfully requested that Plaintiff be granted a THIRTY (30) calendar day extension of time to file the **REPLY TO RESPONSE TO MOTION FOR REMAND** up to and including June 20, 2019.

DATED this 21st day of May, 2019.   DATED this 21st day of May, 2019.

/s/ *Joshua R. Harris*   /s/ *Tina Naicker*
**JOSHUA HARRIS, ESQ.**   TINA NAICKER, CSBN 252766
Nevada State Bar No. 9580   Special Assistant United States Attorney
Richard Harris Law Firm   160 Spear Street, Suite 800
801 S Fourth St.   San Francisco, California 94105
Las Vegas NV 89101   Telephone: (415) 268-5611
Ph: (702) 444-4392   Facsimile: (415) 744-0134
Fax: (702) 444-4455   E-Mail: Tina.Naicker@SSA.gov
Email: josh@richardharrislaw.com   Attorneys for Defendant
Attorney for Plaintiff

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: ___May 22, 2019_____